# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY NEWMAN, <br>         Plaintiff, <br><br> v. <br><br> ETHICON, INC. AND JOHNSON & JOHNSON, <br>         Defendants. | CIVIL ACTION <br><br><br><br> NO. 19-4496 |

## O R D E R

**AND NOW**, this 20th day of November, 2019, upon consideration of Plaintiff's Motion to Remand (ECF 8 & 13) and Defendants' Response thereto (ECF 12), **IT IS ORDERED** that Plaintiff's motions is **GRANTED** and the case is **REMANDED** to the Philadelphia Court of Common Pleas.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, to Transfer Venue (ECF 3), is **DENIED** as **MOOT**.

                                    **BY THE COURT:**

                                    /s/Wendy Beetlestone, J.

                                  **WENDY BEETLESTONE, J.**